1  COREY W. GLAVE (State Bar No. 164746)
   Attorney at Law
2  1249 8th Street
   Hermosa Beach, CA 90254
3  Phone: (323) 547-0472
   POAattorney@aol.com
4

5  Attorneys for Plaintiffs

6

7              UNITED STATED DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9
   AARON MARKS; MATTHEW HOYT;        )   Case No.
10 THOMAS SURBER; SCOTT DURKIN;      )
   MIKE SMOTRYS; JIM BRUCCOLIERI;    )
11 BRIAN GREBBIEN; MICHAEL           )   FAIR LABOR STANDARDS ACT
   GAROFANO; AARON BUSH; JAMES       )   COMPLAINT
12 CRAWFORD; DAVID SCHWARTING;       )
   STEVE RAMIREZ; JAMES DE LOS       )   (29 U.S.C. §§201, et seq.)
13 SANTOS,                           )
              Plaintiffs,            )   [Demand for Jury Trial]
14                                   )
   vs.                               )
15                                   )
   CITY OF HERMOSA BEACH, a          )
16 Municipal Corporation; HERMOSA    )
   BEACH FIRE DEPARTMENT, a public   )
17 safety department; DOES I-X, inclusive )
                                     )
18            Defendants.            )
   _____  )
19

20

21                    **I. JURISDICTION**

22      1.    This action is brought pursuant to the provisions of the Fair Labor

23 Standards Act 29 USC §§ 201, et seq., to recover from Defendant CITY OF HERMOSA

24 BEACH and/or HERMOSA BEACH FIRE DEPARTMENT unpaid overtime

25 compensation, liquidated damages and reasonable attorney fees. Plaintiffs further

26 seek a declaratory judgment, injunctive relief and other relief under the Fair Labor

27 Standards Act of 1938, as amended, 29 U.S.C. §201 et. seq. ("FLSA").

28      2.    Jurisdiction is conferred on this Court by 28 U.S.C. §1337 and 29 U.S.C.

§216(b) of the Act.  This Court has subject matter jurisdiction of this action pursuant to 29 USC § 201, et seq., and/or pursuant to 28 U.S.C. §§ 1331 and 1343(3). As the controversy arises under "the Constitution, laws or treatises of the United States;" specifically, the claim rises under the Fair Labor Standard Act of 1938, 29 U.S.C. §§ 201 et seq. ("FLSA").

## II.  VENUE

3.      Venue is proper in the Central District of California pursuant to 28 U.S.C. §1391(b) because the acts, events, or omissions given rise to the claim occurred in this District.

4.      Plaintiffs request a jury trial in this matter.

## III. PARTIES

5.      Plaintiffs AARON MARKS, MATTHEW HOYT, THOMAS SORBER; SCOTT DURKIN; MIKE SMOTRYS; JIM BRUCCOLIERI; BRIAN GREBBIEN; MICHAEL GAROFANO; AARON BUSH; JAMES CRAWFORD; DAVID SCHWARTING; STEVE RAMIREZ; and JAMES DE LOS SANTOS at all times hereinafter-mentioned were employed by the CITY OF HERMOSA BEACH/HERMOSA BEACH FIRE DEPARTMENT as firefighters, firefighter/paramedics, fire engineers, and/or fire captains.  Each Plaintiff is an United States citizen and resides in the State of California.

6.      Each Plaintiff is a non-exempt employee and is to be paid overtime compensation according to the provisions of the Memorandum of Understanding and the Fair Labors Standards Act.

7.      Defendants, CITY OF HERMOSA BEACH and HERMOSA BEACH FIRE DEPARTMENT ("Defendants"), are and at all relevant times were, the employer of Plaintiffs. Defendant City of Hermosa Beach is a political subdivision of the State of California. Defendants are employers whose employees are engage in commerce within the meaning of 29 U.S.C. §207(a) and as defined in 29 U.S.C. §§203(d) and 203(e)(2)(c).

2

**COLLECTIVE ACTION ALLEGATIONS**

8.      This action is brought by Plaintiffs as a collective action, on their own behalf and on behalf of all others similarly situated under the provisions of 29 USC §216, for damages, liquidated damages, three year statute of limitations and relief incident and subordinate thereto including costs and attorney fees.

9.      Plaintiffs bring this collective action on behalf of themselves and all other persons similarly situated who were members of the Hermosa Beach Fire Department, between December 2014 and present and who were required or permitted to work additional hours, in excess of 53 hours a workweek (or 212 hours in a 28 day work period, if an 207k work period was established by the CITY OF HERMOSA BEACH), without being compensated the requisite compensation.

10.     The exact number of members similarly situated in the collective group, as herein above identified and described, is estimated to consist of not more than fifty (50) plaintiffs.

11.     Those individuals similarly situated constituted a well-defined community of interest in questions of law and fact.  The claims of the represented parties are typical of the claims of those similarly situated.  The represented parties will fairly and adequately reflect and represent the interest of those similarly situated.

12.     There are common questions of law and fact in this action relating to and affecting the rights of each member of the collective group and the relief sought is common to the entire class, namely, whether Defendant owes Plaintiffs overtime compensation for hours of uncompensated work, performed in excess of regular work period and whether the overtime compensation paid to Plaintiffs was properly calculated.

13.     The claims of Plaintiffs and those similarly situated, depend on a showing of the acts and omissions of Defendant giving rise to the rights of Plaintiffs to the relief sought herein.  There is no known conflict as to any individually named Plaintiff and other members of the collective group seeking to opt-in, with respect to this action, or

FLSA Complaint

1   with respect to the claims for relief herein set forth.

2       14.    This action is properly maintained as a collective action in that the

3   prosecution of separate actions by individual members of the collective group would

4   create a risk of adjudications with respect to individual members of the class which

5   would asa a practical matter be dispositive of the interest of the other members not

6   parties to the adjudication, or would substantially impair or impeded their ability to

7   protect their interests.

8       15.    The attorneys for Plaintiffs are experienced and capable in litigation in the

9   field of Fair Labor Standards Act and Labor/Employment litigation and have

10  successfully represented claimants in other litigation of this nature.

11                          **IV.  FACTS**

12      16.    Pursuant to the applicable Memorandum of Understanding, all employees

13  covered by the Memorandum of Understanding, were required to work shifts of twenty-

14  four (24) hours in such a manner that they averaged 56 hours per week.  It is believed

15  that all overtime hours were calculated based on the average hours worked, instead of

16  the actual hours worked per work period.  The FLSA does not allow such averaging.

17      17.    The City of Hermosa Beach and the Hermosa Beach Firefighters

18  Association (HBFFA) have entered into agreements set forth in the Memorandum of

19  Understandings ("MOU"), since at least 2011, which allow for firefighters to choose a

20  health insurance cash out option wherein the employee can choose to take the value of

21  the city healthcare benefit, in whole or in part, as salary compensation.  This program is

22  commonly referred to as the "Employee Option Benefit Program." ("EOB"). Under these

23  agreements and the EOB between the City and Plaintiffs, Plaintiff are entitled to receive

24  "cash back" payments for all and/or any unused portion of their medical benefits.  This

25  cash back option does not meet the requirements under 29 C.F.R. §778.215 to be

26  excluded from the regular rate of pay.

27      18.    The applicable Memorandum of Understandings include pay benefits,

28  including, but not limited to Temporary Upgrade Pay, Paramedic Coordinator Premium

Pay, Special Assignment Pay, EOB, Educational Incentive, Emergency Medical Technician Pay, Paramedic Pay, Recertification Bonus, Certificate Pay, and Fire Staff Premium Pay.  The Memorandum of Understanding all calls for the including of the Educational Incentive pay, Special Assignment Pay, and Acting Pay.

19.    The Memorandum of Understanding also calls for the payment of overtime, after an employee has accrued two hundred forty (240) hours of compensatory time,  to be paid at the straight time regular rate of pay.

20.    The Memorandum of Understanding provides that, in determining an employee's eligibility for overtime compensation in a work period, paid leaves of absences for vacation, sick, comp. time and holiday comp. time shall be counted as hours worked.

21.    Defendant is obligated to follow the terms of the MOU. (29 C.F.R. §778.102), and is currently paying the benefit to employees in a manner consistent with the relevant provisions of the MOU, even if said procedure violates the Fair Labor Standards Act.

22.    Some of the Plaintiffs have been exercising their option to receive the EOB cash back payment for the unused portion of their medical benefits; other have exercised the option to use the benefits to purchase medical insurance through the City.

23.    Defendants have failed to apply any portion of the value of the benefit, including the paid cash back portions of Plaintiffs EOB benefit to Plaintiffs regular rate of pay.

24.    Plaintiffs are informed and believe, and thereon allege, that other forms of compensation paid to employees by Defendants, pursuant to the MOUs, Side Letter Agreements and/or other practices, are also not being included in the employees' regular rate of pay.

25.    Plaintiffs have worked extensive overtime hours. However, the overtime rate that Plaintiffs were paid for the overtime hours worked did not

1  include all remuneration paid to the employee, including, but not limited to the cash

2  back portions of Plaintiffs' "Employee Option Benefit Program" which Defendant failed

3  to apply to Plaintiff's regular rate of pay.

4      26.    Defendant knew or should have known of their obligation to include the

5  cash back portions of Plaintiffs unused EOB benefits owed to Plaintiffs in their regular

6  rate of pay but nevertheless failed to do so. Thus, Defendant failed to pay Plaintiffs for

7  overtime compensation at one and one half times their regular rate of pay.

8      27.    Defendant acted voluntarily and deliberately in maintaining an intentional

9  practice of failing to compensate Plaintiffs in accordance with the FLSA.

10     28.    Plaintiffs have no administrative remedies to exhaust, and in this

11 matter are not required to.

12                         **V.  CLAIM FOR RELIEF**

13     29.    As a direct and proximate result of their failure and refusal to pay such

14 compensation, Defendants have violated Title 29 U.S.C. §207, et seq.

15     30.    As a direct and proximate result of Defendants' conduct, Plaintiffs

16 have been damaged in an amount according to proof at trial including, but not

17 limited to, a sum equivalent to the unpaid overtime compensation as required by 29

18 U.S.C. §216(b) and such other and further damages as made be shown at the time

19 of trial.

20     31.    Plaintiffs are also entitled to liquidated damages in a sum equal to the

21 amount of the unpaid compensation due and owing pursuant to 29 U.S.C. §216(d).

22     32.    Plaintiffs are also entitled to recovery of reasonable attorney fees and

23 costs in pursuit of this action pursuant to 29 U.S.C. §216(b).

24     33.    Doing all things described and alleged, Defendants have deprived, and

25 continues to deprive Plaintiffs of their rights, privileges and immunities which were

26 clearly established at the time the Defendants acted herein and the Defendants knew or

27 should have known that its conduct would violate these rights, privileges and

28 immunities.  The Defendants acted with the intent to deprive Plaintiffs of their rights,

privileges, and immunities by purposely and intentionally refusing and failing to pay or compensate Plaintiffs for hours they provided.

**WHEREFORE,** Plaintiffs pray for Judgment as follows:

34.     All actual, consequential, liquidated and incidental losses and damages, according to proof;

35.     Such other damages as may be allowed in accordance with the Federal Rules of Civil Procedure, Rule 54(c), and 29 U.S.C. §216 according to proof at trial;

36.     Attorney fees pursuant to 29 U.S.C. §216 and costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure;

37.     Any and all other relief, including equitable relief, as the Court may deem just and proper.


                                        Respectfully submitted,

Dated: December 4, 2017          COREY W. GLAVE, ATTORNEY AT LAW

                                               /s/ Corey Glave

                                        By_____
                                               Corey W. Glave,
                                               Attorney for Plaintiffs

1

## **DEMAND FOR JURY TRIAL**

2      Plaintiff hereby demands a jury trial under F.R. Civ. P., Rule 38 and C.D.

3  Cal. Rule 38-1.

4

5  Dated: December 4, 2017          COREY W. GLAVE, ATTORNEY AT LAW

6                                                          /s/ Corey Glave

7                                                  By_____

8                                                          Corey W. Glave,
                                                           Attorney for Plaintiffs

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) Aaron M. Marks

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Matthew Hoyt_

Name (printed) MATTHEW HOYT

## CONSENT TO BECOME A PARTY PLAINTIFF
### IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) Thomas J. Surber

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) Scott Durkin

CONSENT TO BECOME A PARTY PLAINTIFF
IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _M Smith_

Name (printed) _Mike Smothays_

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) Jim Bruccolieri

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) Brian Grebbien

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) MICHAEL GAROFANO

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _Aaron Bush_

Name (printed) _Aaron Bush_

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: *James A. Crawford*

Name (printed) *James A. Crawford*

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) David Schwarting

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) _____STEVE RAMIREZ_____

## CONSENT TO BECOME A PARTY PLAINTIFF
## IN A CIVIL ACTION UNDER THE FAIR LABOR STANDARDS ACT

I am (or was) an employee of the City of Hermosa Beach/Hermosa Beach Fire Department. I believe that my right to proper compensation under the Fair Labor Standards Act (FLSA) may have been violated by my employer, the City of Hermosa Beach/Hermosa Beach Fire Department. Therefore, I consent to becoming a party plaintiff, pursuant to the FLSA, in a lawsuit against my employer.

I authorize Corey W. Glave, Attorney at Law, and/or any attorney affiliated with him, to represent me as counsel with respect to all claims under the FLSA, and other related laws, which I have or may have against my employer. This authorization includes both an investigation of the validity of the claims and any resulting litigation of the claims. The attorney(s) are authorized to file this consent on my behalf in an appropriate court and to take all steps pertinent thereto on my behalf, including the filing of complaints, amended complaints, and other pleadings, and the settlement and collection of any and all such claims.

I hereby request that the court assess any costs and expenses of this action and reasonable attorney fees against my employer, and award said costs and fees to the above named counsel.

I understand that under the FLSA I cannot be discharged or in any way disciplined or penalized by my employer or its agents because of my participation in an FLSA lawsuit or because of my assertion of rights under the FLSA.

Signature: _____

Name (printed) James De Las Jen tos