JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON MARKS, MATTHEW HOYT, THOMAS SURBER, SCOTT DURKIN, MIKE SMOTRYS, JIM BRUCCOLIERI, BRIAN GREBBIEN, MICHAEL GAROFANO, AARON BUSH, JAMES CRAWFORD, DAVID SCHWARTING, STEVE RAMIREZ, and JAMES DE LOS SANTOS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HERMOSA BEACH, a Municipal Corporation; HERMOSA BEACH FIRE DEPARTMENT, a public safety department; DOES I-X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-08739-DDP-AFM<br><br>Complaint Filed: December 4, 2017<br><br>**JUDGMENT** |

1

[PROPOSED] JUDGMENT

8595696.1 HE050-081

Pursuant to the stipulation of all parties,

IT IS HEREBY ORDERED AND ADJUDGED that:

Judgment is entered in favor of Plaintiffs and against Defendants, as follows:

(a) Judgment in favor of Plaintiff AARON MARKS and against Defendants in the sum of $3,990.22, which shall be apportioned as $1,995.11 in wages owed and $1,995.11 in liquidated damages;

(b) Judgment in favor of Plaintiff MATTHEW HOYT and against Defendants in the sum of $4,107.16, which shall be apportioned as $2,053.58 in wages owed, and $2,053.58 in liquidated damages.

(c) Judgment in favor of Plaintiff THOMAS SURBER and against Defendants in the sum of $11,294.88, which shall be apportioned as $5,647.44 in wages owed, and $5,647.44 in liquidated damages.

(d) Judgment in favor of Plaintiff SCOTT DURKIN and against Defendants in the sum of $4,096.26, which shall be apportioned as $2,048.13 in wages owed, and $2,048.13 in liquidated damages.

(e) Judgment in favor of Plaintiff MIKE SMOTRYS and against Defendants in the sum of $11,965.50, which shall be apportioned as $5,982.75 in wages owed, and $5,982.75 in liquidated damages.

(f) Judgment in favor of Plaintiff JIM BRUCCOLIERI and against Defendants in the sum of $6,904.74, which shall be apportioned as $3,452.37 in wages owed, and $3,452.37 in liquidated damages.

(g) Judgment in favor of Plaintiff BRIAN GREBBIEN and against Defendants in the sum of $3,612.42, which shall be apportioned as $1,806.21 in wages owed, and $1,806.21 in liquidated damages.

(h) Judgment in favor of Plaintiff DAVID SCHWARTING and against Defendants in the sum of $8,986.92, which shall be apportioned as $4,493.46 in wages owed, and $4,493.46 in liquidated damages.

8595696.1 HE050-081

(i) Judgment in favor of Plaintiff STEVE RAMIREZ and against Defendants in the sum of $1,695.16, which shall be apportioned as $847.58 in wages owed, and $847.58 in liquidated damages.

(j) Judgment in favor of Plaintiff JAMES DE LOS SANTOS and against Defendants in the sum of $8,266.32, which shall be apportioned as $4,133.16 in wages owed, and $4,133.16 in liquidated damages.

(k) Judgment in favor of Plaintiff AARON BUSH and against Defendants in the amount of $500, which shall be apportioned as $250 in wages owed and $250 in liquidated damages.

(l) Judgment in favor of Plaintiff JAMES CRAWFORD and against Defendants in the amount of $500, which shall be apportioned as $250 in wages owed and $250 in liquidated damages.

(m) Judgment in favor of Plaintiff MICHAEL GAROFANO and against Defendants in the amount of $500, which shall be apportioned as $250 in wages owed and $250 in liquidated damages.

(n) Payment to Plaintiffs for reasonable attorney's fees and costs incurred in this litigation in the total amount of $16,500. This $16,500 amount shall be the total fees and costs paid by Defendants to Plaintiffs for this case and Plaintiffs waive their right to recover any additional fees and costs.

(o) The judgment shall not be used by Plaintiffs as an admission of liability against Defendants in any other proceeding.

Dated: July 16, 2018    By: _____
                            Honorable Dean D. Pregerson
                            Judge of the United States District
                            Court, Central District

8595696.1 HE050-081